```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                        FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                        PLAINTIFF

      v.        CASE NO. 11-50020

MARK KRAUSE and
MICHAEL PIERCE                                                  DEFENDANTS

## O R D E R

On this 23rd day of March, 2011, the above-referenced matter comes before the Court for consideration. The Court, being well and sufficiently advised, hereby finds and orders as follows:

1. Separate defendant Mark Krause was originally charged in a one count indictment on January 13, 2011 in the Western District of Arkansas, Harrison Division.

2. A superceding indictment was filed on February 24, 2011 in the Western District of Arkansas, Fayetteville Division. The superceding indictment included separate defendant Michael Pierce.

3. Both defendants now move to transfer this matter back to the Harrison Division (documents #54 & 60).

4. The government has no objection to the requested division change.

5. The Court finds that the motions to transfer to the Harrison Division (documents #54 & 60) should be, and hereby are, **granted**. The Clerk of this Court is directed to transfer this matter to the Harrison Division case 11-30002.

6. The jury trial with respect to separate defendant

Michael Pierce remains scheduled for April 25, 2011 at 8:30 a.m.

IT IS SO ORDERED.

<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**